JOHN VARTANIAN
Supervising Attorney
BY: Nancy A. Space
Attorney for the Public Interest
California State Bar No.154355
COUNTY OF SANTA CLARA
DEPARTMENT OF CHILD SUPPORT SERVICES
2851 Junction Ave.
San Jose, CA 95134
Telephone: (408) 503-5624

Attorneys for Creditor per Family Code sections 17400 and 17406

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

  FORNERIS, PETER

        Debtor(s).

Case No: 10-60546

Chapter 13

PREHEARING CONFERENCE STATEMENT

Date: July 22, 2011
Time: 10:00 a.m.
Place: 1000 South Main Street, Rm 214
Salinas, CA

TO: PETER FORNERIS, DEBTOR(S), CHRISTOPHER ALIAS, ATTORNEY OF RECORD AND TO DEVIN DERHAM-BURK, CHAPTER 13 TRUSTEE.

**PREHEARING CONFERENCE STATEMENT**

    Creditor, Santa Clara County, Department of Child Support Services (SCCDCSS), pursuant to section 17400 and 17406 of the California Family Code, by and through its attorneys, John Vartanian and Nancy A. Space, attorneys for the public interest, hereby submits this Prehearing Conference as follows:

1. Creditor filed an objection pursuant to 11 USC section 1325(A)(6) on November 24, 2010. This is the fourth continued confirmation hearing regarding SCCDCSS's

- 1

2. The basis for SCCDCSS's objection to confirmation was that at the time debtor filed his chapter 13 Bankruptcy petition (October 11, 2010), there was pending litigation regarding child support obligation, and that the support debt (or pending litigation) was not listed on Schedules E, I, or J, SCCDCSS was not listed as a creditor nor provided notice regarding the filing of the chapter 13 by debtor.

3. Family law proceedings regarding the child support were held in the early part of 2011 and have now resulted in a final Judgment entered on May 16, 2011. (See Attachment A.) That judgment requires Debtor to pay ongoing child support in the amount of $400 monthly commencing May 1, 2011, and set child support arrears for the period of January 1, 2011 through April 30, 2011 in the amount of $1600 to be paid in monthly installments of $50 monthly commencing June 1, 2011. Interest to accrue 10% on the principal balance is required by law.

4. As the child support debt is all post-petition priority unsecured debt, both the ongoing support, and support arrears must be paid prior to confirmation and discharge.

5. On June 1, 2011, debtor filed an Amended Schedule J to include the $400 monthly ongoing child support debt. However, he did not include the $50 court ordered payback regarding arrears due and owing post-petition.

6. At the confirmation hearing held on June 17, 2011, the Court stated that debtor must be post-petition current including interest July 22, 2011 or the Court will dismiss the case.

7. On July 8, debtor filed Prehearing Conference Statement stating that the debtor states that he will bring current post-petition support arrears in the amount $2,825 within a week of July 7, 2011.

8. As of today July 11, 2011, DCSS has not received any payments on this case. The postpetition arrears are currently $2830.03. The current orders are for $400 monthly in ongoing support and $50 dollar payback on arrears.

- 2 -
Case: 10-60546    Doc# 27    Filed: 07/11/11    Entered: 07/11/11 12:16:50    Page 2 of 4

WHEREFORE, Creditor requests that should the debtor pay all post-petition arrears by July 22, 2011, that this Court require that the $400 monthly ongoing support payments must be paid through the trustee.

Dated: July 11, 2011         John Vartanian

By:/s/Nancy A. Space  
Attorney for the Public Interest

## PROOF OF SERVICE BY MAIL – C.C.P. 1013a(3)

Peter Forneris 10-60546 CN

I declare that I am employed by the County of Santa Clara, State of California.

I am over the age of eighteen years and not a party of the within entitled action. My business address is 2851 Junction Avenue, San Jose, CA 95134.

On July 11, 2011, I served the attached PREHEARING CONFERENCE STATEMENT by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California, to the address(es) listed below. The Chapter 13 Trustee will receive such notice upon the electronic filing of this/these documents.

CHRISTOPHER ALLIOTTS,
60 W ALISAL ST, STE 10
SALINAS, CA 93901-2719

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 11, 2011, at San Jose, California.

/s/ Nancy A. Space

- 4