Christopher Alliotts, Esq. (CSB #161302)
Law Offices of Christopher Alliotts, Inc.
60 West Alisal Street, Suite 10
Salinas, CA  93901
(831) 753-2200 Telephone
(831) 753-2211 Facsimile
Info@AlliottsLaw.com

Counsel for Debtor(s)

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                              )       Case No. 10-60546 CN
                                                    )       Chapter 13
FORNERIS, PETER,                                    )
                                                    )
        Debtor(s)                                   )
                                                    )       [No Hearing Required]
_____                     )

**DECLARATION BY DEBTORS REGARDING AMENDED SCHEDULES**

I, Peter Forneris, the debtor in the above-captioned Chapter 13 case, hereby declares under penalty of perjury that I have read the Amended Schedule F consisting of one (1) page(s), and that it is correct to the best of my knowledge, information and belief.


Dated: May 12, 2014                         /s/ Peter Forneris
                                            Peter Forneris

1

B6F (Official Form 6F) (12/07)

In re **Peter Jesse Louis Joseph Forneris**,    Case No. **10-60546**
                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx-xx-x0043<br><br>**Law Office of Veronika Short**<br>**46 West Santa Clara Street**<br>**San Jose, CA 95113** | - | | **04/2014**<br>**Lawsuit** | | | X | **1,000.00** |
| Account No.<br><br>**Jim Friebel Trucking, Inc.**<br>**2033 Orchard Road**<br>**Hollister, CA 95023** | | | Representing:<br>Law Office of Veronika Short | | | | **Notice Only** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

**0** continuation sheets attached

Subtotal (Total of this page) **1,000.00**

Total (Report on Summary of Schedules) **1,000.00**

# CERTIFICATE OF SERVICE

I, WACHIRAPORN SOMLOUCHACHAI, declare:

I am an individual over the age of 18 years and not a party to the above-entitled cause. I am an employee of the Law Offices of Christopher Alliotts, Inc., whose address is as provided above.

On May 12, 2014, I served the following documents:

- AMENDED SCHEDULE F (with supporting Declaration)

by placing a copy of the above-named documents for collection and deposit at the United States Post Office located at 100 West Alisal Street in Salinas, California, in a sealed envelope, with certified postage fully prepaid, addressed to the following person(s):

Veronika Short, Esq.
46 West Santa Clara Street
San Jose, CA 95113

Jim Friebel Trucking Inc.
2033 Orchard Road
Hollister, CA 95023

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Certificate was executed on May 12, 2014 in Salinas, California.

/s/ Wachiraporn Somlouchachai
Wachiraporn Somlouchachai